UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br>BRIAN D. CAVALIER,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:16-cr-00046-GMN-PAL<br><br>ORDER<br><br>(Motion for Joinder – ECF No. 805) |

　　　Before the court is Defendant Brian D. Cavalier's Motion for Joinder (ECF No. 805) to Defendant Peter Santilli's Motion to Continue Case Management Rule 12 Motions and Notices Deadline by 30 Days (ECF No. 672) which was filed on October 5, 2016, and Supplement (ECF No. 810) thereto.  On September 28, 2016, Defendant Peter T. Santilli filed a Motion to Withdraw (ECF No. 689) his Motion to Continue (ECF No. 672), which was granted October 4, 2016.  Having reviewed and considered Brian D. Cavalier's motion for joinder, Santilli's withdrawal of the motion that Brian D. Cavalier sought to join, and good cause appearing:

　　　**IT IS ORDERED** that Defendant Brian D. Cavalier's Motion to Join (ECF No. 805) is:

1. **DENIED in part** as to joinder because Santilli's Motion to Continue (ECF No. 672) has been withdrawn.
2. **GRANTED in part** to the extent that Defendant Brian D. Cavalier's case management deadlines are extended until **October 17, 2016**.

DATED this 7th day of October, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE