UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>BRIAN D. CAVALIER,<br><br>Defendant. | Case No. 2:16-cr-00046-GMN-PAL<br><br>ORDER<br><br>(Mot Searchable Discovery – ECF No. 981) |

Before the court is Defendant Brian D. Cavalier's Emergency Motion for an Order that Russ Aoki Provide Counsel with the Searchable Discovery Data Base, User Name and Password (ECF No. 981). For good cause shown,

**IT IS ORDERED** that Defendant Brian D. Cavalier's Emergency Motion for an Order that Russ Aoki Provide Counsel with the Searchable Discovery Data Base, User Name and Password (ECF No. 981) is **GRANTED**. The Coordinating Discovery Attorney or his designee shall provide counsel for Defendant Cavalier with access to the searchable discovery database, and a user name and password as expeditiously as possible.

DATED this 17th day of November, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE