DAYLE ELIESON
United States Attorney
District of Nevada
STEVEN W. MYHRE
NADIA J. AHMED
DANIEL R. SCHIESS
Assistant United States Attorneys
ERIN M. CREEGAN
Special Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
steven.myhre@usdoj.gov
nadia.ahmed@usdoj.gov
dan.schiess@usdoj.gov
erin.creegan@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-00046-GMN-PAL |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| BRIAN D. CAVALIER, | |
| Defendant. | **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States, by and through the undersigned, and Mace J. Yampolsky, counsel for defendant BRIAN D. CAVALIER, that the defendant's sentencing hearing, currently scheduled for January 17, 2018 at 8:00 a.m., be continued for a period of ninety (90) days or to a date and time convenient to the Court.

This stipulation is entered for the following reasons:

1. Counsel for the United States will begin trial in this case against four of Cavalier's co-defendants on February 26, 2018, which will likely last for several weeks. Government counsel needs additional time to prepare for the sentencing hearing, including filing a sentencing memorandum.

2. The Defendant has several life events that would be hindered with the currently scheduled sentencing date. These events include: his father's death, the continued care of his ailing mother and recently starting new employment.

3. The Defendant is not in custody and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the first request for a continuance filed herein.

**WHEREFORE,** the parties respectfully request that the Court accept the Stipulation and enter an Order as set forth below, continuing the sentencing hearing for a period ninety (90) days.

**DATED** this 17th day of January, 2018.

Respectfully submitted,

*/s/ Steve W. Myhre*

STEVEN W. MYHRE
Assistant United States Attorney
Counsel for the United States

*/s/ Mace J. Yampolsky*

MACE J. YAMPOLSKY
Counsel for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN D. CAVALIER,<br><br>　　　　Defendant. | 2:16-CR-00046-GMN-PAL<br><br>**ORDER ON STIPULATION** |

This matter coming before the Court on Stipulation to Continue Sentencing Hearing, the Court having considered the matter, and good cause showing, the Court accepts the Stipulation.

**WHEREFORE, IT IS HEREBY ORDERED** that the sentencing hearing, currently scheduled for January 17, 2018, shall be continued to _____ .

_____
UNITED STATES CHIEF DISTRICT JUDGE

IT IS SO ORDERED.

Entered: _____