1  MACE J. YAMPOLSKY, LTD.
   MACE J. YAMPOLSKY
2  Nevada Bar No. 01945
   JASON R. MARGOLIS
3  Nevada Bar No. 12439
   625 South Sixth Street
4  Las Vegas, Nevada 89101
   (702) 385-9777; Fax:  (702) 385-3001
5  Attorneys for Brian D. Cavalier

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO.:** 2:16-cr-00046-GMN-PAL |
| Plaintiff, | |
| vs. | |
| | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| BRIAN D. CAVALIER, | |
| Defendant. | **(Third Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States, by and through the undersigned, and Mace J. Yampolsky, Esq., counsel for Defendant Brian D. Cavalier that the Defendant's sentencing hearing, currently scheduled for September 6, 2018, at the hour of 10:00 a.m., be continued for a period of ninety (90) days, or to a date and time convenient to the Court.

This stipulation is entered for the following reasons:

1. Defendant is employed by Pearce Landscaping in Surprise, Arizona.  Due to the severity of the monsoon season this year, the Defendant is working 8+ hours a day five to six days per week.  Defendant fears he may lose his job if he asks for any time off at this time.

2. In addition, Defendant has already asked for time off as he needs to assist his mother as she is having surgery on August 28, 2018.

3. The Defendant is not in custody and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

1

5.   This is the third request for a continuance filed herein.

WHEREFORE, the parties respectfully request that the Court accept the Stipulation and enter an Order as set forth below continuing the sentencing of Defendant Cavalier for a period of ninety (90) days.

DATED this 23rd day of August, 2018.

DAYLE ELIESON, United States Attorney                MACE J. YAMPOLSKY, LTD.


_____/s/ Daniel R. Schiess_____          _____/s/ Mace J. Yampolsky_____
Daniel R. Schiess                              Mace J. Yampolsky, Esq.
Assistant United States Attorney               Counsel for Defendant Cavalier

MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY
Nevada Bar No. 01945
JASON R. MARGOLIS
Nevada Bar No. 12439
625 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777; Fax:  (702) 385-3001
Attorneys for Brian D. Cavalier

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>vs.<br><br>BRIAN D. CAVALIER,<br><br>                          Defendant. | CASE NO.: 2:16-cr-00046-GMN-PAL<br><br><br>**ORDER ON STIPULATION TO CONTINUE SENTENCING HEARING** |

This matter coming before the Court on the Stipulation to Continue Sentencing Hearing, the Court having considered the matter and good cause showing, the Court accepts the Stipulation.

WHERE, IT IS HEREBY ORDERED that the sentencing hearing, currently scheduled for September 6, 2018 at the hour of 10:00 a.m. shall be continued until _____.


_____
UNITED STATES DISTRICT JUDGE
DATED: _____

3