MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY
Nevada Bar No. 01945
JASON R. MARGOLIS
Nevada Bar No. 12439
625 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777; Fax: (702) 385-3001
Attorneys for Brian D. Cavalier

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:16-cr-00046-GMN-PAL |
| Plaintiff, | |
| vs. | |
| BRIAN D. CAVALIER, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| Defendant. | **(Fourth Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States, by and through the undersigned, and Mace J. Yampolsky, Esq., counsel for Defendant Brian D. Cavalier that the Defendant's sentencing hearing, currently scheduled for December 13, 2018, at the hour of 11:00 a.m., be continued for a period of thirty (30) days, or to a date and time convenient to the Court.

This stipulation is entered for the following reasons:

1. Defendant has learned that he has two warrants, one in Prescott, Arizona, and one in Prescott Valley, Arizona. Defendant does not want to appear before this Court prior to these warrants being quashed. Because of Defendant's employment, he is not able to take a day off to resolve these matters until mid-December.

2. The Defendant is not in custody and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. This is the fourth request for a continuance filed herein.

///

1

WHEREFORE, the parties respectfully request that the Court accept the Stipulation and enter an Order as set forth below continuing the sentencing of Defendant Cavalier for a period of thirty (30) days.

DATED this 4th day of December, 2018.

| DAYLE ELIESON, United States Attorney | MACE J. YAMPOLSKY, LTD. |
|---|---|
| /s/ Daniel R. Schiess | /s/ Mace J. Yampolsky |
| Daniel R. Schiess<br>Assistant United States Attorney | Mace J. Yampolsky, Esq.<br>Counsel for Defendant Cavalier |

MACE J. YAMPOLSKY, LTD.
MACE J. YAMPOLSKY
Nevada Bar No. 01945
JASON R. MARGOLIS
Nevada Bar No. 12439
625 South Sixth Street
Las Vegas, Nevada 89101
(702) 385-9777; Fax: (702) 385-3001
Attorneys for Brian D. Cavalier

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO.:** 2:16-cr-00046-GMN-PAL |
| Plaintiff, | |
| vs. | |
| BRIAN D. CAVALIER, | **ORDER ON STIPULATION TO CONTINUE SENTENCING HEARING** |
| Defendant. | |

This matter coming before the Court on the Stipulation to Continue Sentencing Hearing, the Court having considered the matter and good cause showing, the Court accepts the Stipulation.

WHERE, IT IS HEREBY ORDERED that the sentencing hearing, currently scheduled for December 13, 2018 at the hour of 11:00 a.m. shall be continued until 1/10/19 at 9:30 a.m.

_____
UNITED STATES DISTRICT JUDGE
DATED: December 6, 2018

3